THE BOWERY SAVINGS BANK v. MAYTIME BUILDING CORPORATION and Others, Impleaded with BLUE RIDGE COAL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROBERT F. NORTON v. JAMES H. R. CROMWELL and Another, Impleaded with DELPHINE D. GODDE, Sued Herein as " DELPHINE DODGE CROMWELL BAKER."— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

PALM BEACH COMPANY v. BONWIT TELLER, INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, v. JORDAHL & Co., INC., and Others, and DAVID A. BUCKLEY, JR., and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

BLUE SEAL SOUND DEVICES, INC., v. RADIO RECEPTOR COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

DOUBLEDAY DORAN AND COMPANY, INC., v. MAN STORY GROUP, INC., Impleaded with HENRY DWIGHT CUSHING.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JULES SPIEGEL.— Motion for leave to renew motion for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EUGENE A. PERKINS v. GUARANTY TRUST COMPANY OF NEW YORK, Impleaded with IDONAH SLADE PERKINS.— Motion for leave to appeal to the Court of Appeals denied and stay continued pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., McAvoy, Townley, Dore and Cohn, JJ.

ARTRUDE L. WESTERHEIDE RHINE v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 120.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THEATRE HOLDING COMPANY v. LOEW'S INCORPORATED and Others, Impleaded etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

In the Matter of the Application of MICHAIL EITINGON to Confirm the Award Made in Arbitration Proceedings between MICHAIL EITINGON and MOTTY EITINGON under an Agreement to Submit to Arbitration, Dated July 2, 1935. In the Matter of the Arbitration between MICHAIL EITINGON and MOTTY EITINGON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.